UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE ZUKOWSKI, *AS ADMINISTRATOR OF THE ESTATE OF FRANCES ZUKOWSKI*, Plaintiff, v. MAYBROOK-P PRAXIS OPCO, LLC, et al., Defendants. | : : : : : : : : : : | No. 5:24-cv-2158 |

# **O R D E R**

**AND NOW**, this 6th day of August, 2024, upon consideration of Plaintiff's uncontested Motion to Remand, ECF No. 16, and in the absence of subject matter jurisdiction,[1] **IT IS ORDERED THAT:**

1. The motion, ECF No. 16, is **GRANTED**.

2. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, Case Number 240401816.

3. The Clerk of Court **SHALL SEND** a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

---

[1] Diversity jurisdiction in this case was defeated in this case when Plaintiff filed an amended complaint adding additional defendants, two of whom are corporations with a principal place of business in Pennsylvania, where Plaintiff is a resident. *See* Am. Compl. ¶¶ 29-30. Defendants did not contest the proposed amendment adding these new defendants, *see* Stipulation, ECF No. 13, and the Court granted Plaintiff's motion to amend the complaint as unopposed. Order, ECF No. 14. Under 28 U.S.C. § 1447(e), "[i]f after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court." Because the Court permitted these defendants to be joined, and jurisdiction is now defeated, the action must be remanded to the State court.

4. This case is **CLOSED**.



8/6/24

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge